UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>WHAT'S ON, INC., et al.,<br><br>        Defendants. | CASE NO. C04-2185C<br><br>ORDER |

   This matter comes before the Court on Plaintiff's request for a continuance of the trial date in the above-captioned case. (Dkt. No. 74). The current trial date is June 12, 2006. The Court hereby GRANTS the motion and continues the trial date in this matter to July 17, 2006.

   SO ORDERED this 24th day of May, 2006.

                                             /s/ John C. Coughenour

                                             John C. Coughenour

                                             United States District Judge

ORDER – 1