HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TROJAN TECHNOLOGY, INC., a corporation organized under the laws of the R.O.C., WHAT'S ON, INC., EITAN AVRAHAM, individually and d/b/a WHAT'S ON, INC., DANIEL KARPATI, individually and d/b/a WHAT'S ON, INC., SER LLC, SHLOMI BOARON, individually and d/b/a SER LLC, EREZ MOR, individually and d/b/a SER LLC, ASHER DANINO, MAESTRO NIMROD, the Marital Communities of all individual defendants, AND DOES 1-10,<br><br>　　　　　　　Defendants. | NO. CV04-2185C<br><br>REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE<br><br>LETTER ROGATORY |

FROM:　　The United States District Court for the Western District of Washington

TO:　　The Appropriate Judicial Authority of Taiwan

　　The United States District Court for the Western District of Washington presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international judicial

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE/LETTER ROGATORY
(NO. CV04-2158C)- 1
[14372-0129/C Nintendo 04-2185 OR re IntlJudAsst]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

assistance to effect service of certain Court documents from a civil proceeding before this Court in the above-captioned matter.

There currently is pending before this Court a suit captioned <u>Nintendo of America Inc. v. Trojan Technology, Inc.</u>, Docket No. CV04-2185C, in which the plaintiff, Nintendo of America Inc., seeks a civil judgment against Trojan Technology, Inc.  Plaintiff has alleged trademark infringement, copyright infringement, unfair business practices, and violations of foreign trademark and copyright rights, seeks, among other relief, damages, injunctive relief, and orders of impoundment and seizure, and has now moved for default judgment.  It has been represented to this Court that the defendant Trojan Technology, Inc. was last known to be doing business from the following addresses:

> 1F, No. 56, Guan Dung Road
> Hsin-Chu, Taiwan, R.O.C.
>
> 5th Floor-2
> 83 Gong Dao 5th Rd., Sec. 2
> Hsinchu City, Northern Taiwan

This Court respectfully requests that the Appropriate Judicial Authority of Taiwan cause one copy of the attached Order to Show Cause, and the translations thereof, to be served upon Trojan Technology, Inc., at the above addresses in the manner prescribed for the service of similar documents under the laws of Taiwan.

This Court further requests that you return proof of service to this Court after the Order to Show Cause has been served upon Trojan Technology, Inc.

This Court states that in future cases similar to the present one in which it has sought your assistance, it will, pursuant to 28 U.S.C. §§ 1781 and 1782, be pleased to provide similar collaboration and cooperation as that which is sought herein.

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE/LETTER ROGATORY
(NO. CV04-2158C)- 2
[14372-0129/C Nintendo 04-2185 OR re IntlJudAsst]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

This Court stands ready to reimburse your authority for all expenses incurred in executing the instant request for judicial assistance.  (Nintendo shall be responsible for payment of such expenses and, if necessary, will reimburse this Court for them.)

Executed this 18th day of July, 2006.

*John C. Coughenour*

Honorable John C. Coughenour
United States District Judge
Western District of Washington
Seattle, Washington
United States of America

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE/LETTER ROGATORY
(NO. CV04-2158C)- 3
[14372-0129/C Nintendo 04-2185 OR re IntlJudAsst]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000